MICHAEL J. McCUE (Nevada Bar #6055)
JONATHAN W. FOUNTAIN (Nevada Bar #10351)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiffs
Ocean Drive Media, LLC
and Niche Media Holdings, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OCEAN DRIVE MEDIA GROUP, LLC, a Nevada limited liability company; NICHE MEDIA HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID SIQUEIROS, an individual; DIGITAL PICTURES CORPORATION, a corporation of unknown origin; and STYLEWISE, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 2:09-cv-02095-PMP-PAL<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Ocean Drive Media Group, LLC and Niche Media Holdings, LLC dismiss this action with prejudice.

DATED: this 30th day of July, 2010.

LEWIS AND ROCA LLP

By: _____/s/_____
MICHAEL J. McCUE (Nevada Bar #6055)
JONATHAN W. FOUNTAIN (Nevada Bar #10351)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8224

-1-

Fax: (702) 949-8363

Attorneys for Plaintiffs
Ocean Drive, LLC and
Niche Media Holdings, LLC

IT IS SO ORDERED.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

DATED: August 2, 2010

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

546314.1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of LEWIS AND ROCA LLP. and that on this 28th day of July, 2010, I caused the document entitled PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE to be served as follows:

[X]   by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

[ ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ ]   to be hand-delivered;

[ ]   by the U.S. District Court's e-filing system

to the attorneys listed below at the address below:

Raffi A. Nahabedian, Esq.
The Law Office of Raffi A. Nahabedian
2975 Montessouri Street
Las Vegas, NV 89117

Attorney for Defendants

DATED this 30th day of July, 2010.

*Cynthia R. Ervin*
Cynthia R. Ervin
An employee of Lewis and Roca LLP

-3-